ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES **X**   NO ☐