# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2643 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Hall vs. Unknown Officers | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with only defendant City of Chicago's attorney. Plaintiff's attorney fails to appear. Plaintiff's attorney is ordered to show cause why a sanction should not be imposed for his failure to appear. Status hearing continued to 7/5/08 at 9:00 AM. Defendant City of Chicago is granted an extension of time to 7/31/08 to respond to the complaint.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|