# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2643 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Hall vs. Unknown Officers | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with attorneys for both sides. Plaintiff has leave to file an amended complaint by 7/28/08 naming new defendants, with summons to issue. Status hearing continued to 8/27/08 at 9:00 AM. City of Chicago's attorney is directed to notify individual defendants of the new date. Rule to show cause is vacated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|