**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEMETRIUS HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>LT. J. GORMAN #555, SGT. M. NUNEZ #2056, SGT. J. COSTA #1664, P.O. E. RANDLE #6714, P.O. A. CASTILLO #19712, P.O. J. BROWN #114562, P.O. C. BURTON #17435, P.O. H. RAMIREZ #16434, P.O. S. LUGO #10975, P.O. M. GALLAGHER #12713, and the CITY OF CHICAGO,<br><br>    Defendants. | No.  08-cv-2643<br><br>Judge Kennelly |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on July 25, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFF'S FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFF'S FIRST AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:


Le'Ora P. Tyree       leo.tyree@cityofchicago.org

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com

| | |
|---|---|
| Elliot Richardson | erichardson@hrbattorneys.com |
| Abbas Merchant | amerchant@hrbattorneys.com |
| Erica Faaborg | efaaborg@hrbattoneys.com |
| Rachelle Sorg | rsorg@hrbattorneys.com |

                                              Respectfully Submitted,

                                              /s/ Blake Horwitz_____
                                              One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark St., Suite 500
Chicago, IL  60603
P: (312) 676-2100
F: (312) 372-7076