UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 2643 |
|---|---|
| DEMETRIUS HALL, Plaintiff | Hon. Judge KENNELLY |
| v. | |
| GORMAN, et al,    Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jason Brown, Alfonso Castillo, Jack Costa, Michael Gallagher, Joseph Gorman, Steven Lugo, Michael Nunez, Homero Ramirez, Eddie Randle Jr.

| SIGNATURE | |
|---|---|
| /s/ *Alec M. McAusland* | |
| FIRM | City of Chicago, Corporation Counsel |
| STREET ADDRESS | 30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06202724 | 312 744-4038 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐