# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Demetrius Hall

                Plaintiff,

v.                                        Case No.: 1:08−cv−02643

                                        Honorable Matthew F. Kennelly

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 8/27/2008. Individual defendants' response to the complaint is due 9/15/2008. Rule 26(a)(1) disclosures are to be made by 9/26/2008. Deadline for amending pleadings and adding parties is 1/5/2009. Fact discovery ordered closed 2/27/2009. Rule 26(a)(2) disclosures are to be made by 2/27/2009 for plaintiff and 3/27/2009 for defendants. Expert discovery ordered closed 4/27/2009. Status hearing set for 10/2/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.