## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of:                                                    Case Number:    08 C 2643

DEMETRIUS HALL,

v.

CITY OF CHICAGO, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LT. J. GORMAN, SGT. M. NUNEZ, SGT. J. COSTA, P.O. E. RANDLE, P.O. A. CASTILLO, P.O. J. BROWN, P.O. C. BURTON, P.O. H. RAMIREZ, P.O. S. LUGO, and P.O. M. GALLAGHER

| | |
|---|---|
| NAME (Type or print)<br>Le'Ora Tyree | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> /s/ Le'Ora Tyree | |
| FIRM   City of Chicago Department of Law | |
| STREET ADDRESS   30 North LaSalle Street, Suite 1020 | |
| CITY/STATE/ZIP   Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288669 | TELEPHONE NUMBER<br>(312) 744-1056 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X** NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |